IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JAMES F. PARKS,<br><br>            Defendant. | 4:14CR3017<br><br>**MEMORANDUM AND ORDER** |

The defendant's motion to suppress, (Filing No. 20), remains pending.

Accordingly,

IT IS ORDERED that the telephonic status conference, previously set to be held on May 9, 2014, is continued. The status conference will be reset following the court's ruling on the defendant's motion to suppress.

May 8, 2014.

                                                                  BY THE COURT:

                                                                  *s/ Cheryl R. Zwart*
                                                                  United States Magistrate Judge