IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:14CR3017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JAMES F. PARKS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before me on Defendant's Motion to Suppress or Limit Irrelevant and Highly Prejudicial Evidence.  (Filing No. 20.)  The court will treat the Motion as a Motion in Limine and take it up at the time of trial.

IT IS ORDERED that the court will treat Defendant's Motion to Suppress or Limit Irrelevant and Highly Prejudicial Evidence (filing no. 20) as a Motion in Limine and take it up at the time of trial.

DATED this 29th day of May, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.