IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:14CR3017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JAMES F. PARKS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter has been set for a change in plea hearing.  (Filing 28.)  In light of this, and upon advice from counsel, the pending Motions and Judge Zwart's Findings and Recommendation are moot.

IT IS ORDERED that Defendant's Motion to Suppress (filing 17) and Motion in Limine (filing 20) are denied as moot.   Judge Zwart's Findings and Recommendation  (filing 27) is also deemed moot and will not be adopted.

DATED this 18th day of July, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.